FILED

07/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0161

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0161

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERTO SALAMAN-GARCIA,

Defendant and Appellant.

FILED

JUL 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on July 8, 2020, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 11(4)(e) provides that a brief must be accompanied by a certification of compliance which states the document's line spacing and states either: (1) the document is proportionally spaced, together with the typeface, point size, and word count; or (2) the document uses a monospaced typeface, together with the number of characters per inch and word count, or, the number of counted pages, pursuant to M. R. App. P. 11(4)(b) or (c).

M. R. App. P. 11(6)(b)(vi) provides that the cover page of the brief must include the title of the document being filed, such as "Appellant's Brief," "Petition for Supervisory Control," or "Motion to Dismiss Appeal."

The Court has determined that the Appellant's brief does not comply with the above-referenced rules and must be resubmitted.
Therefore,

IT IS ORDERED that the signed original and nine copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk

of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to counsel for Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 8th day of July, 2020.

For the Court,

By_____

Justice